*Pro Se 1 2022*

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 25 2023  JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Edward Starks and Terrye Starks

Plaintiff(s),

v.

The Cove Apartments
and
Carol Key

Defendant(s).

CASE NO. 23-cv-1493-RAJ
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☒ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Edward Starks and Terrye Starks |
| Street Address | 1909 104th Avenue E Unit Y207 |
| City and County | Edgewood  Pierce |
| State and Zip Code | WA 98372 |
| Telephone Number | (206) 349-6279 |

*Pro Se 1 2022*

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | The Cove Apartments |
| Job or Title *(if known)* | |
| Street Address | 33131 First Avenue SW |
| City and County | Federal Way   King |
| State and Zip Code | WA 98023 |
| Telephone Number | (253) 838-7867 |

Defendant No. 2

| | |
|---|---|
| Name | Carol Key |
| Job or Title *(if known)* | Landlord |
| Street Address | 33131 First Avenue SW |
| City and County | Federal Way   King |
| State and Zip Code | WA 98023 |
| Telephone Number | (253) 838-7867 |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

*Pro Se 1 2022*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☑ Federal question:        ☐ Diversity of citizenship:
   If checked complete section A.    If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

Fraud and Misrepresentation:
Landlord made false statement with the intent on misrepresentation of fact.
Done with financial displacement in mind, creating an eviction. Destroying plaintiff's rental history, credit history and lease renewal.

*Pro Se 1 2022*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____. Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

*Pro Se 1 2022*

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

### III.  STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Landlord removed EPRAP funds issued on December 27, 2022 by Well Spring. Landlord created a false statement to do. Plaintiff has signed documents via Well Spring with email confirmation. Landlord's action leaves the plaintiff with an outstanding balance for rent with eviction notices. Plaintiff under threat of eviction moved causing expenses for movers and move in expenses. As a result of the activities at the Cove Apartment, Plaintiff lost income of about 2 years. Plaintiff's source of income was destroyed.

### IV.  RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

Plaintiff ask the court to remove all debt incurred by landlord's actions and rental and credit history be returned as was. Plaintiff ask the court that all expenses incurred with moving be paid. Plaintiff ask the court to be paid for 3 years of mental haggling, lost of income source that still remains a lost. Never a chance to recover. And violation of plaintiff's rights. Plaintiff for 4 months was showing their rent was paid via portal transaction and Yes Management company. Landlord reversed it all.

### V.  CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2022*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 25, 2023
Signature of Plaintiff: *Edward Starks*
Printed Name of Plaintiff: Edward Starks

Date of signing: September 25, 2023
Signature of Plaintiff: *Terrye Starks*
Printed Name of Plaintiff: Terrye Starks

Date of signing: 
Signature of Plaintiff: 
Printed Name of Plaintiff: