UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD STARKS et al.,<br>　　　　　　　Plaintiffs,<br>　　v.<br>THE COVE APARTMENTS et al.,<br>　　　　　　　Defendants. | CASE NO. C23-01493-KKE<br><br>ORDER |

This matter comes before the Court *sua sponte*. On November 3, 2023, the Court issued an order that consolidated C23-00933-KKE with this case. Dkt. No. 11. The Order also directed Plaintiffs to show cause why this action should not be dismissed for lack of subject-matter jurisdiction no later than November 17, 2023. *Id.* at 4. The Plaintiffs have not responded. Accordingly, this case, and the consolidated case, C23-00933-KKE, are DISMISSED without prejudice. The clerk is directed to close these cases.

Dated this 8th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1